1

2

3

4

5

6               UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
7                        AT SEATTLE

8   XI CHEN,

9                         Petitioner,          Case No. C14-591-RSM-BAT

10        v.                                   **REPORT AND
                                              RECOMMENDATON**
11  ERIC HOLDER, et al.,

12                        Respondents.

13        Xi Chen filed a habeas petition pursuant to 28 U.S.C. § 2241, seeking release from

14  custody at the Northwest Detention Center.  Dkt. 6.  The parties agree this matter is now moot

15  because Mr. Chen has been released from custody.  Dkts. 17 and 18.  Accordingly, the Court

16  recommends that respondents' motion to dismiss, Dkt. 17, be GRANTED; petitioner's habeas

17  petition, Dkt. 6, be DENIED as moot; and this action be DISMISSED without prejudice.  A

18  proposed order accompanies this Report and Recommendation

19        Objections to this Report and Recommendation may be filed and served upon all parties

20  no later than **July 24, 2014.**  The Clerk should note the matter for **July 25, 2014**, as ready for the

21  District Judge's consideration if no objection is filed.  If objections are filed, any response is due

22  within 14 days after being served with the objections.  A party filing an objection must note the

23  matter for the Court's consideration 14 days from the date the objection is filed and served.  The

REPORT AND RECOMMENDATON- 1

1   matter will then be ready for the Court's consideration on the date the response is due.

2   Objections and responses shall not exceed five (5) pages.  The failure to timely object may affect

3   the right to appeal.

4       DATED this 10th day of July, 2014.

5

6                      _____
                     BRIAN A. TSUCHIDA

7                      United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATON- 2