UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XI CHEN, <br><br> Petitioner, <br><br> v. <br><br> ERIC HOLDER, et al., <br><br> Respondents. | Case No. C14-591-RSM <br><br> **ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court adopts the Report and Recommendation.

2. Respondents' motion to dismiss, Dkt. 17, is GRANTED.

3. Petitioner's habeas petition, Dkt. 6, is DENIED as moot, and the action is DISMISSED without prejudice.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 21st day of August 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1